**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

GARY WANG,                                   Case No.  20-cv-00569-BLF

          Plaintiff,

    v.                                     **ORDER TO SHOW CAUSE**

EHANG HOLDINGS LIMITED, et al.,

          Defendants.

      The parties are ORDERED TO SHOW CAUSE why the Court should not strike the jury's response to question 19 of the verdict form with respect to Defendants Hsiao and Liu, as inconsistent with the jury's responses to questions 7 and 12 of the verdict form.  The parties' responses shall be filed by April 25, 2022 and shall not exceed 3 pages.

      **IT IS SO ORDERED.**

Dated:  April 19, 2022

_____
BETH LABSON FREEMAN
United States District Judge