**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GARY WANG,<br><br>         Plaintiff,<br><br>   v.<br><br>EHANG HOLDINGS LIMITED, et al.,<br><br>         Defendants. | Case No. 20-cv-00569-BLF<br><br>**JUDGMENT** |

Consistent with the jury's verdict filed on April 12, 2022, the Court's Order Re Apparent Inconsistency in Jury's Special Verdict filed on April 28, 2022, and the Court's Findings of Fact and Conclusions of Law Re Equitable Estoppel filed on April 28, 2022, attached hereto,

Judgment is entered for Plaintiff Gary Wang and against Defendant EHang Holdings Limited on Claim 1 for breach of contract, Claim 2 for false promise, and Claim 3 for unpaid wages.  Defendant EHang Holdings Limited is jointly and severally liable for compensatory damages in the amount of $3,500,000 and is liable for punitive damages in the amount of $10,000,000.

Judgment is entered for Plaintiff Gary Wang and against Defendant Guangzhou EHang Intelligent Technology Co., Ltd. on Claim 1 for breach of contract, Claim 2 for false promise, and Claim 3 for unpaid wages.  Defendant Guangzhou EHang Intelligent Technology Co., Ltd. is jointly and severally liable for compensatory damages in the amount of $3,500,000 and is liable for punitive damages in the amount of $0.00.

Judgment is entered for Plaintiff Gary Wang and against Defendant Huazhi Hu on Claim 2 for false promise and Claim 3 for unpaid wages. Defendant Huazhi Hu is jointly and severally liable for compensatory damages in the amount of $3,500,000 and is liable for punitive damages in the amount of $5,000,000.

Judgment is entered for Defendants Derrick Yifang Xiong, Shang-Wen Hsiao, and Richard Jian Liu and against Plaintiff Gary Wang on Claim 2 for false promise and the claim for punitive damages.

Dated: April 28, 2022

_____
BETH LABSON FREEMAN
United States District Judge