UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY WANG,<br><br>    Plaintiff,<br><br>    v.<br><br>EHANG HOLDINGS LIMITED, et al.,<br><br>    Defendants. | Case No. 20-cv-00569-BLF<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED PURSUANT TO THE PARTIES' SETTLEMENT** |

The parties previously advised the Court that they have entered into a settlement agreement and that a stipulated dismissal could be expected in early 2024. The Court administratively closed the case and ordered Plaintiff to file a stipulated dismissal or a status report re settlement by February 1, 2024. Plaintiff did not do so.

Plaintiff is ORDERED TO SHOW CAUSE, in writing and by March 13, 2024, why this case should not be dismissed.

**IT IS SO ORDERED.**

Dated: February 28, 2024

_____
BETH LABSON FREEMAN
United States District Judge